UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>A & S ELECTRONICS, INC., et al.,<br><br>Defendants. | Case No. 15-cv-02288-SBA<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. Nos. 63, 64 |

Pursuant to Civil Local Rule 72-1, discovery disputes [and all further discovery] [in this case] will be referred to a Magistrate Judge. [Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED].

After the parties have met and conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions-- General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

**IT IS SO ORDERED.**

Dated: February 9, 2016

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge