# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A & S ELECTRONICS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-02288-SBA  (EDL)<br><br>**ORDER NOT TO PRODUCE DOCUMENTS UNTIL COURT RESOLVES DISPUTE**<br><br>Re: Dkt. No. 82 |

The Court is in receipt of A&S's letter dated June 21, 2016 seeking to quash a subpoena issued to Bank of America on June 10, as well as Adobe's response to that letter dated June 22. See Dkt. Nos. 82, 83. Bank of America shall not produce any documents in response to the subpoena until the Court resolves the issues raised by the parties' letters. The Court will notify the parties if it determines that a hearing is necessary for resolution of the issues raised by the letters, and if no hearing is necessary, it will issue an Order relating to the subpoena at issue.

**IT IS SO ORDERED.**

Dated: June 22, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge